UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF ARKANSAS, CALIFORNIA COLORADO, CONNECTICUT, DELAWARE FLORIDA, GEORGIA, HAWAII, ILLINOIS INDIANA, IOWA, LOUISIANA, MARYLAND MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA NEW JERSEY, NEW MEXICO, NEW YORK NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, AND WISCONSIN *ex rel.* BRIAN D. SHANNON, M.D., <br><br>Plaintiffs, <br><br>v. <br><br>PENN STATE HEALTH ST. JOSEPH REGIONAL HEALTH NETWORK GROUP ALSO KNOWN AS ST. JOSEPH MEDICAL CENTER / GROUP, INC. ALSO KNOWN AS ST. JOSEPH MEDICAL GROUP, PENN STATE HEALTH, PENN STATE HEALTH MILTON S. HERSHEY MEDICAL CENTER AND CERNER CORPORATION, <br><br>Defendants. | Civil Action No.21-cv-2351 |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows.

IT IS ORDERED that:

1. The complaint be unsealed and served upon the defendant by the relator;

2. All other contents of the Court's file in this action remain under seal

and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court will be sent to the United States.

7. Should the Relator, Defendants, or any later-named defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

BY THE COURT:

_____
HONORABLE JEFFREY L. SCHMEHL
*Judge, United States District Court*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF ARKANSAS, CALIFORNIA COLORADO, CONNECTICUT, DELAWARE FLORIDA, GEORGIA, HAWAII, ILLINOIS INDIANA, IOWA, LOUISIANA, MARYLAND MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA NEW JERSEY, NEW MEXICO, NEW YORK NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, AND WISCONSIN *ex rel.* BRIAN D. SHANNON, M.D., <br><br>  Plaintiffs, <br><br> v. <br><br> PENN STATE HEALTH ST. JOSEPH REGIONAL HEALTH NETWORK GROUP ALSO KNOWN AS ST. JOSEPH MEDICAL CENTER / GROUP, INC. ALSO KNOWN AS ST. JOSEPH MEDICAL GROUP, PENN STATE HEALTH, PENN STATE HEALTH MILTON S. HERSHEY MEDICAL CENTER AND CERNER CORPORATION, <br><br>  Defendants. | Civil Action No.21-cv-2351 |

## **UNITED STATES OF AMERICA'S NOTICE OF ELECTION TO DECLINE INTERVENTION**

Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the United States notifies the Court of its decision not to intervene in this action.

Although the United States declines to intervene, we respectfully refer the Court to 31 U.S.C. § 3730(b)(l), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be

1

dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." Id.  Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this Court solicit the written consent of the United States before ruling or granting its approval.

Furthermore, pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon the United States; the United States also requests that orders issued by the Court be sent to the Government's counsel.  The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim. The United States also requests that it be served with all notices of appeal.

Finally, the Government requests that the relator's Complaint, this Notice, and the attached proposed Order be unsealed.  The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

                                              Respectfully submitted,

                                              JACQUELINE C. ROMERO
                                              United States Attorney

                                              */s/ Charlene Keller Fullmer for*
                                              GREGORY B. DAVID
                                              Assistant United States Attorney
                                              Chief, Civil Division

Dated:  January 27, 2023          */s/Eric D. Gill*
                                              ERIC D. GILL
                                              Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing United States of America's Ex Parte Notice of Declination has been sent via secure email, to the Relator:

        Brian Shannon, MD
        Bshannon8@hotmail.com

        *Relator*

Dated:  January 27, 2023        *s/ Eric D. Gill*
                                            ERIC D. GILL
                                            Assistant United States Attorney