UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA and THE STATES OF ARKANSAS, CALIFORNIA COLORADO, CONNECTICUT, DELAWARE FLORIDA, GEORGIA, HAWAII, ILLINOIS INDIANA, IOWA, LOUISIANA, MARYLAND MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA NEW JERSEY, NEW MEXICO, NEW YORK NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON, AND WISCONSIN *ex rel.* BRIAN D. SHANNON, M.D., <br><br> Plaintiffs, <br><br> v. <br><br> PENN STATE HEALTH ST. JOSEPH REGIONAL HEALTH NETWORK GROUP ALSO KNOWN AS ST. JOSEPH MEDICAL CENTER / GROUP, INC. ALSO KNOWN AS ST. JOSEPH MEDICAL GROUP, PENN STATE HEALTH, PENN STATE HEALTH MILTON S. HERSHEY MEDICAL CENTER AND CERNER CORPORATION, <br><br> Defendants. | Civil Action No.21-cv-2351 |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows.

IT IS ORDERED that:

1. The amended complaint be unsealed and served upon the defendants by the relator;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant, except for this Order and The Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendant only after service of the amended complaint;

3. The seal be lifted as to all other matters occurring in this action after the date of this Order;

4. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

5. The parties shall serve all notices of appeal upon the United States.

6. All orders of this Court will be sent to the United States.

7. Should the Relator, Defendants, or any later-named defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

BY THE COURT:

Date: February 3, 2023

/s/ Jeffrey L. Schmehl
HONORABLE JEFFREY L. SCHMEHL
*Judge, United States District Court*