IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BRIAN D. SHANNON, et al.** | : CIVIL ACTION |
| | : |
| v. | : NO. 21-2351 |
| | : |
| **PENN STATE HEALTH, et al.** | : |

## O R D E R

**AND NOW,** this 31st day of March, 2025, **IT IS HEREBY ORDERED** that:

1. The Motion by the PSH Defendants to dismiss the Second Amended Complaint [Doc. 82] is **GRANTED.**
2. Counts I, II, III, of the Second Amended Complaint are **DISMISSED** with prejudice as to all Defendants.
3. Count XXXIII of the Second Amended Complaint against the PSH Defendants is **DISMISSED** with prejudice.
4. Counts XXXIV, XXXV, XXXVI, XXXVII of the Second Amended Complaint against the PSH Defendants are **DISMISSED** without prejudice.
5. The Motion by Defendant Cerner Corporation to dismiss [Doc. 83] is **GRANTED**.
6. Counts IV, V, VI, VII, VIII, IX, X, XI, XII, XIII, XIV, XV, XVI, XVII, XVIII, XIX, XX, XXI, XXII, XXIII, XXIV, XXV, XXVI, XXVII, XXVIII, XXIX, XXX, XXXI, and XXXII of the Second Amended Complaint are **DISMISSED** with prejudice.
7. The Clerk is **DIRECTED** to make this case as **TERMINATED**.

BY THE COURT:

/s/ Jeffrey L. Schmehl
**JEFFREY L. SCHMEHL, J.**